**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 01/03/203

F (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

December 30, 2022

**VIA ECF AND E-MAIL**

Hon. Andrew L. Carter Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007
ALCarterNYSDChambers@nysd.uscourts.gov

**Re:** *Cullins v. 156 Fifth Avenue Corp. et al.*,
**Civil Action No.: 1:22-cv-10288-ALC**

Dear Judge Carter:

This firm represents Defendant Nike Retail Services, Inc. ("Nike"). We write, with Plaintiff's consent, to respectfully request an extension of the deadline for Nike to respond to the Complaint, up to and including February 3, 2023.

By way of background, Plaintiff filed the Complaint on or about December 5, 2022. (ECF No. 1.) Based on the affidavit of service filed on the docket, Nike was purportedly served on December 14, 2022 (ECF No. 8), and its responsive pleading is accordingly due on January 4, 2023.

To provide sufficient time for Nike to prepare an Answer to the Complaint, Nike respectfully requests that the Court "So Order" the Stipulation for an Extension of Time to Answer or Otherwise Respond to the Complaint (ECF No. 9), setting a deadline of Friday, February 3, 2023 for Nike to respond to the Complaint.

This is the first request for an extension of any responsive pleading deadline in the action. This application is being made in good faith and not to cause undue delay. If granted, this request will not impact any other scheduled dates, as the Court has not yet scheduled the Rule 16 conference. The undersigned has conferred with counsel for Plaintiff, who consents to this request.

The parties thank the Court for its time and attention to this matter.



Hon. Judge Andrew L. Carter Jr.
December 30, 2022
Page 2

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*

John W. Egan

cc:   All counsel of record (via ECF)

SO ORDERED:

*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

01/03/2023