UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DATWAN CULLINS,<br><br>                          **Plaintiff,**<br><br>-against-<br><br>156 FIFTH AVENUE CORP. and NIKE RETAIL SERVICES, INC.,<br><br>                          **Defendants.** | 22-cv-10288 (ALC)(VF)<br><br>**<u>ORDER</u>** |

**ANDREW L. CARTER, JR., United States District Judge:**

      On July 13, 2023, Defendants filed a request for a pre-motion conference to discuss Defendants' intended motion for judgment on the pleadings. (ECF No. 33.) Per the undersigned's individual rules, a response to a pre-motion conference request is due within three business days. To date, Plaintiff has not filed a response to Defendants' letter. Accordingly, the Court will *sua sponte* extend Plaintiff's deadline to **August 10, 2023**.

      So Ordered.

Dated:  August 7, 2023
           New York, New York

                                                                                 **ANDREW L. CARTER, JR.**
                                                                                     United States District Judge