UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x

DATWAN CULLINS,

                Plaintiff,

v.

156 FIFTH AVENUE CORP. and NIKE RETAIL SERVICES, INC.,

                Defendants.

------------------------------------------------------------------------x

**Docket No. 1:22-CV-10288 (ALC)(VF)**

**[~~PROPOSED~~] ORDER DISMISSING PLAINTIFF'S FIRST CAUSE OF ACTION**

[~~PROPOSED~~] ORDER DISMISSING PLAINTIFF'S FIRST CAUSE OF ACTION

    Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the First Cause of Action in the Complaint for violations of the Americans with Disabilities Act are hereby dismissed with prejudice.

**SO ORDERED:**

                                      8/15/2023

                                      **Dated:**

SO ORDERED:
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE