UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DATWAN CULLINS,<br><br>        Plaintiff,<br><br> -against-<br><br>156 FIFTH AVENUE CORP. and NIKE RETAIL SERVICES, INC.,<br><br>        Defendants. | 22-cv-10288 (ALC)(VF)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

  In light of Plaintiff's voluntary dismissal with prejudice of his claims under the Americans with Disabilities Act, the Court declines to exercise supplemental jurisdiction over Plaintiff's remaining claims asserted under state and local laws, and thus these claims are hereby dismissed without prejudice. *See Kennedy v. Basil*, 531 F. Supp. 3d 828, 831 (S.D.N.Y. 2021).

  The Clerk of Court is respectfully requested to close this case.

  **So Ordered.**

Dated: August 15, 2023
    New York, New York

                       **ANDREW L. CARTER, JR.**
                       **United States District Judge**